Luis Rene Varona
1504 East Highland #B
Phoenix AZ 85014
Debtor Pro Se



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LUIS RENE VARONA<br><br>Debtor<br><br>WEST LOAN ACQUISITIONS HOLDINGS, L.P.,<br>Movant,<br><br>vs.<br><br>LUIS RENE VARONA, formerly known as LUIS RENE VELASCO, debtor; and CONSTANTINO FLORES, Chapter 7 Trustee,<br>Respondents. | 2:13-BK-3451-SSC<br><br><br><br><br><br>RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY |

COMES NOW DEBTOR and for his response to the Motion For Relief From the Automatic Stay as filed by West Loan Acquisitions Holdings, L.P., and enter the following:

1. Answering para. 1 of the Motion, the undersigned admits that he changed his surname to "Varona", a family name, the change being legally done in the state courts of this jurisdiction; further answering para. 1 of the Motion, the undersigned admits the original loan being contracted as alleged, and later a change in the terms thereof, as alleged, but alleges affirmatively that the purpose of the change and amendment was to allow for the advancement of more property rehabilitation monies, which monies were never funded; further answering para. 1, debtor denies the balance thereof.

2. Answering para. 2 of the Motion, the undersigned admits that the referenced documents speak for themselves and are recorded as alleged; further answering para. 2, debtor denies the allegations contained therein.

3. Answering para. 3 of the Motion, the undersigned admits that the referenced documents speak for themselves and are recorded as alleged; further answering para. 3, debtor denies the allegations contained therein.

4. Answering para. 4 of the Motion, the undersigned admits that the referenced documents speak for themselves and are recorded as alleged; further answering para. 4, debtor denies the allegations contained therein.

5. Answering para. 5 of the Motion, the undersigned admits that the referenced documents speak for themselves and are recorded as alleged; further answering para. 5, debtor denies the allegations contained therein.

6. Answering para. 6 of the Motion, the undersigned denies any material default, and the allegations in the paragraph, and with respect to the deed and transfer of the property to another title holder that same, if extant, is immaterial and has not harmed movant since the same obligor on the note remained on the note after that transfer; further, the failure of movant or its predecessor in interest to advance all of the agreed upon monies retarded debtor's ability to fully refurbish the property to the extent that debtor was left a quarter of the property un-rentable, and hence debtor was left with less income from the property with which to pay the indebtedness due.

7. Answering para. 7 of the Motion, the undersigned denies any material default, and the allegations in the paragraph, and alleges affirmatively that movant or its predecessor did not fully fund the note as alleged, ergo the sum due would not be due since it was never advanced to debtor and or his predecessor in interest.

8. Answering para. 8 of the Motion, the undersigned denies the allegations therein and

incorporates the allegations made in answer to para. 6.

9. Answering para. 9 of the Motion, the undersigned denies the allegations in the paragraph.

10. Answering para. 10 of the Motion, the undersigned denies the allegations in the paragraph.

11. Answering para. 11 of the Motion, the undersigned denies any material default, and the allegations in the paragraph; further, debtor alleges the affirmative defenses of unclean hands, lack of consideration, failure to mitigate its damages, lack of good faith, breach of contract excusing any breach by debtor, and such other defenses as may appear in discovery in this matter.

12. Answering para. 11 of the Motion, the undersigned denies the allegations contained in he save that he does not reside in the property, and that counsel did send the letter referenced (but debtor denies that that letter evinced good faith to resolve the issues here).

13. Answering para. 13 of the Motion, the undersigned denies any material default, and the allegations in the paragraph; further, debtor alleges the affirmative defenses of unclean hands, lack of consideration, failure to mitigate its damages, lack of good faith, breach of contract excusing any breach by debtor, and such other defenses as may appear in discovery in this matter.

Wherefore, debtor prays that the motion be dismissed, that he have his costs and fees, and such other relief as is just and proper in the premises.

Dated this 2ND day of April, 2013

_____
Luis Rene Varona

Copy of the foregoing mailed this date to:

Constantino Flores
PO Box 511
Phoenix AZ 85001-0511

Walnut Industries, LLC
450 West Crawford Street, Ste 1
Nogales AZ 85621

Office of the US Trustee
230 North First Avenue, Ste 204
Phoenix AZ 85003

By: _____LV_____