To:     United States Bankruptcy Court
230 N. 1st Avenue
Phoenix, AZ 85003

From:     Luis Rene Varona
P.O. Box 2803
Nogales, AZ 85628

Date:     April 24, 2013

Re:     Change of Address for
Case: 2:13-bk-03451

Dear Sir/Madam:

I would like to request a change of address to the Court.

Please send all future correspondence to:

P.O. Box 2803
Nogales, AZ 85628

Thank you.

Sincerely,

*[signature]*

Luis Rene Varona

**FILED**

APR 2 9 2013

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA